UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CRAIG HAMMER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIANGLE CAPITAL CORPORATION, E. )<br>ASHTON POOLE, STEVEN C. LILLY, W. )<br>MCCOMB DUNWOODY, MARK M. )<br>GAMBILL, BENJAMIN S. GOLDSTEIN, )<br>MARK F. MULHERN, SIMON B. RICH, )<br>JR., and GARLAND S. TUCKER, III, )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-02086-RDB |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Craig Hammer ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: November 21, 2018

MOTION _GRANTED_ THIS _21st_ DAY
OF _November_, 20 _18_.

_/s/ RicD. Bett_
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**LEVI & KORSINSKY LLP**

/s/ Donald J. Enright
Donald J. Enright (Bar No. 13551)
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007